**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WALTER ANTIONE KIMBLE, III,                                          PLAINTIFF
ADC #601717

v.                     No. 4:14CV00193-JLH-JJV

CHERYL EEOFF, Jail Administrator,
Conway County Detention Center; *et al.*                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendants Cheryl Eeoff and Mike Smith are DISMISSED from this action for plaintiff's failure to state a claim upon which relief may be granted.

DATED this 10th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE