**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WALTER ANTIONE KIMBLE, III,                                                      PLAINTIFF
ADC #601717

v.                                    No. 4:14CV00193-JLH-JJV

CHERYL EEOFF, Jail Administrator,
Conway County Detention Center; *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

Defendant Thelma Emmerson's Motion for Summary Judgment (Doc. No. 23) is GRANTED in part and DENIED in part:

      A.      Plaintiff's official capacity claims be DISMISSED with prejudice;

      B.      The Motion be DENIED in all other respects.

SO ORDERED this 22nd day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE