**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| WALTER ANTIONE KIMBLE, III, <br> ADC #601717 | PLAINTIFF |
| v.    No. 4:14CV00193-JLH-JJV | |
| THELMA EMERSON, Jailor, <br> Conway County Detention Center | DEFENDANT |

**JUDGMENT**

On the 26th day of July, 2016, this action came before the Court for trial by jury. The plaintiff, Walter Antione Kimble, III, appeared in person and with his lawyer, Barbara Ann Griffin. The defendant, Thelma Emerson, appeared in person and with her lawyers, JaNan Arnold Davis and Thomas J. Diaz. Both parties announced ready for trial. A jury of twelve was duly selected and sworn. After the close of all of the evidence and after the jury had been properly instructed on the law, the jury returned a verdict in favor of the defendant, Thelma Emerson. Judgment is therefore entered in favor of Thelma Emerson on the claims of Walter Antione Kimble, III. The complaint of Walter Antione Kimble, III, is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal from this judgment would be frivolous and not in good faith.

IT IS SO ORDERED this 27th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE